UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| OCONNELL, ROBERT JOHN | ) | Case No. 06-12305-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

### APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE JOHN H. SQUIRES
       BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on September 28, 2006. On January 12, 2007 an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,222.00, in compensation for 5.85 hours of services performed for the period March 23, 2007 through present and reimbursement of actual expenses in the amount of $71.16.

3. A description of the nature of the services rendered by the Applicant is as follows:

OBJECTION TO CLAIM

Cohen & Krol reviewed Claim #10 at Trustee's direction and determined that the claim was improper in this Estate. The attached explanation to the claim indicated that claimant dealt with a corporation and not with this Debtor, individually. Cohen & Krol prepared and presented the Trustee's Objection to Claim #10 seeking disallowance of the claim in its entirety. Cohen & Krol expended 1.90 hours in the activity of Objection to Claim.

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented the Trustee's applications to employ attorneys for the Trustee and an auctioneer for the Trustee. These applications were necessary to

**EXHIBIT G**

further the administration of the Estate. Cohen & Krol expended 2.15 hours in the activity of Professional Employment.

SALE OF ASSESTS

Cohen & Krol prepared and presented the Trustee's application to sell the right, title and interest in the Debtor's boat. This sale resulted in a dividend being paid to creditors. Cohen & Krol expended 1.80 hours in the activity of Sale of Assets.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL GBK/2006 | 1.15 | 350.00 | 402.50 |
| GINA B. KROL GBK/2007 | 2.80 | 375.00 | 1,050.00 |
| GINA B. KROL GBK/2010 | 1.90 | 405.00 | 769.50 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,222.00 and reimbursement of actual and necessary expenses of $71.16 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: June 3, 2010                    /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**