JOHN H. SQUIRES

**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
OCONNELL, ROBERT JOHN § Case No. 06-12305 SQU
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/10/2010 in Courtroom 4016,
        United States Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/11/2010                By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
                                      §
OCONNELL, ROBERT JOHN                 §       Case No. 06-12305 SQU
                                      §
                                      §
        Debtor(s)                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 35,950.01 |
| *and approved disbursements of* | $ | 521.91 |
| *leaving a balance on hand of*[1] | $ | 35,428.10 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $     4,344.91 | $         0.00 |
| *Attorney for trustee: Cohen and Krol* | $     2,222.00 | $         0.00 |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
|  | *Other: Cohen and Krol* | $ 0.00 | $ 71.16 |
|  | *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
|  | *Attorney for debtor:* | $ | $ |
|  | *Attorney for:* | $ | $ |
|  | *Accountant for:* | $ | $ |
|  | *Appraiser for:* | $ | $ |
|  | *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 69,582.19  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000007* | *Internal Revenue Service* | $ 69,582.19 | $ 28,790.03 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 396,385.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Edward Hines Lumber Co.* | $ 13,606.91 | $ 0.00 |
| *000002* | *Howard S Topping* | $ 0.00 | $ 0.00 |
| *000003* | *Prairie Material Sales INC* | $ 8,963.06 | $ 0.00 |
| *000004* | *Curt and Lorie Crouse* | $ 111,436.50 | $ 0.00 |
| *000005* | *Howard Topping* | $ 23,440.00 | $ 0.00 |
| *000006* | *Howard and Lynn Topping* | $ 154,976.00 | $ 0.00 |
| *000008* | *American Express Bank FSB* | $ 26,867.24 | $ 0.00 |
| *000009* | *American Express Bank FSB* | $ 7,427.24 | $ 0.00 |
| *000011* | *Mark & Lisa Gianino* | $ 29,044.50 | $ 0.00 |
| *000012* | *Federated Financial Corp of America* | $ 12,408.68 | $ 0.00 |
| *000013* | *Carter Lumber Co.* | $ 8,215.45 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL_____
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt                Page 1 of 2              Date Rcvd: Aug 12, 2010
Case: 06-12305                Form ID: pdf006              Total Noticed: 51

The following entities were noticed by first class mail on Aug 14, 2010.
db           +Robert John O'Connell,    170 N. Myrtle Av.,    Villa Park, IL 60181-2225
aty          +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,    Suite 904,
               Chicago, IL 60603-6306
tr           +Gina B Krol,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10937594     +4-M Electric,    1265 Rosedale Ln.,    Hoffman Estates, IL 60169-2664
10937595     +Aamir Bandukda,    c/o Roberto T. Tirona,    936 Maple Ave.,    Downers Grove, IL 60515-4929
11030594     +Advanta,    C/O Federated Financial Corp,    PO Box 2034,    Farmington, MI 48333-2034
10937596     +Alexander Lumber Company,    c/o Gary L. Corlew, atty.,    815 N. Larkin Ave., Suite107,
               Joliet, IL 60435-3596
10937597     +American Express 1002,    c/o Baker, Miller, Markoff & Kransy,    29 N. Wacker Dr. 5th Floor,
               Chicago, IL 60606-2851
11030595     +American Express 1003,    PO Box 740640,    Atlanta, GA 30374-0640
10937598     +American Express Bank FSB,    POB 3001,    Malvern, PA 19355-0701
11219579      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10937599     +Annias Rahman,    1055 Martingale,    16406,    Bartlett, IL 60103-5621
10937600     +Carter Lumber Co.,    c/o The Chaet Kaplan Baim Firm,    30 N. LaSalle St., Suite 15520,
               Chicago, IL 60602-2590
10937602     +Curt and Lorie Crouse,    c/o Kenneth B. Drost, P.C.,    111 Lions Drive, Suite 206,
               Barrington, IL 60010-3175
11030596     +Dell Financial Services,    C/O Valentine & Kebartas Inc,    PO Box 325,    Lawrence, MA 01842-0625
10937603     +Edward Hines Lumber Co.,    c/o Hy Addison,    1000 Corporate Grove Drive,
               Buffalo Grove, IL 60089-4550
10937604     +Eileen O'Connell,    170 N. Myrtle St.,    Villa Park, IL 60181-2225
11246518     +Federated Financial Corp of America,    30955 Northwestern Highway,
               Farmington Hills, MI 48334-2580
10937606      First Equity,    c/o Paige DeSteno,    PO Box 84075,    Columbus, GA 31908-4075
10937607     +GreatBank Consumer Lending Division,    c/o Kris Kesner,    2100 Huntington Dr. North,
               Algonquin, IL 60102-5921
10937609     +GreatBank Consumer Lending Division,    c/o Kelly Atkinson,    2100 Huntington Dr. North,
               Algonquin, IL 60102-5921
10937610     +Harris Bank,    298 W. North Av.,    Villa Park, IL 60181-1159
10937611      Home Depot Commercial,    c/o PRO Consulting Services, Inc,    PO Box 66768,
               Houston, TX 77266-6768
11127640     +Howard S Topping,    2800 Golf Road,    Rolling Meadows, IL 60008-4023
10937612     +Howard Topping,    c/o Kenneth B. Drost P.C.,    111 Lions Drive, Suite 206,
               Barrington, IL 60010-3175
11149005     +Howard and Lynn Topping,    c/o Kenneth B. Drost, P.C.,    111 Lions Drive, Suite 206,
               Barrington, IL 60010-3175
10937615     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    ATTN: Centralized Insolvency,
               PO Box 21126,    Philadelphia, PA 19114)
10937613      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10937614     +Illinois Dept Employment Security,    Chicago Region - Revenue,    527 S. Wells Street, Suite 100,
               Chicago, IL 60607-3922
10937616     +Jeff Reimer,    1094 Highbury Dr,    Elgin, IL 60120-4638
11221668     +John Engelke,    6034 Polo Club Drive,    Yorkville, IL 60560-9014
10937617     +John and Lisa Zudis,    1088 Highbury Dr.,    Elgin, IL 60120-4638
10937619     +Jose Palma,    4829 W. 31st Street,    Cicero, IL 60804-3657
10937620     +Keating Resources,    719 Shady Avenue,    Geneva, IL 60134-3073
10937622     +MBNA Mastercard,    P.O. Box 15286,    Wilmington, DE 19886-5286
10937623     +MBNA Visa,    P.O. Box 15286,    Wilmington, DE 19886-5286
11246411     +Mark & Lisa Gianino,    6192 South Woods Ct,    Yorkville, IL 60560-9844
10937621     +Mark and Lisa Gianino,    c/o Greg Ingemunson,    226 S. Bridge St.,    Yorkville, IL 60560-1502
10937624     +Menards,    c/o ATG Credit, LLC,    PO Box 14895,    Chicago, IL 60614-0895
10937625      Meyer Material Company,    c/o Raphael E. Yalden II,    1318 East State Street,
               Rockford, IL 61104-2228
10937626     +Mullen and Winthers P.C.,    1 N 141 County Farm Rd.,    Ste. #230,    Winfield, IL 60190-2023
10937627      National City Consumer Loan Service,    P.O. Box 5570,    Cleveland, OH 44101-0570
10937629     +Prairie Material Sales INC,    Attn Keith R Heldt,    7601 W. 79th Street,
               Bridgeview, IL 60455-1115
10937630     +Rhonda Thompson,    14810 S. Cicero, Suite 2C,    Oak Forest, IL 60452-1460
10937635     +SBC,   c/o Allen Law Group, LLP,    50 Airport Parkway, Suite 100A,    San Jose, CA 95110-1036
10937636     +Shahid Yusif,    105 Fuller Rd,    Hinsdale, IL 60521-3520
11030598     +Sprint,    C/O Pentagroup Financial LLC,    PO Box 742209,    Houston, TX 77274-2209
10937637     +Wesley Bartlet,    c/o Peter Donat,    150 Houston St., Suite 103,    Batavia, IL 60510-1995
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10937631      Richard C. Thompson,    Unknown
10937632      Richard C. Thompson,    Unknown
10937633      Richard C. Thompson,    Unknown
10937634      Richard C. Thompson,    Unknown
```

```
District/off: 0752-1           User: dpruitt               Page 2 of 2                   Date Rcvd: Aug 12, 2010
Case: 06-12305                 Form ID: pdf006             Total Noticed: 51

10937605*      +Eileen O'Connell,    170 N. Myrtle St.,    Villa Park, IL 60181-2225
10937608*      +GreatBank Consumer Lending Division,    c/o Kris Kesner,    2100 Huntington Drive North,
                 Algonquin, IL 60102-5921
11255011     ##+Carter Lumber Co.,    c/o Atty Brad Le Boeuf,    7 W. Bowery St., Ste 604,,    Akron, OH 44308-1140
10937601     ##+Christian D. Blake and Amy J. Sekyr,    602 Hoyt Drive,    Elburn, IL 60119-7112
10937618     ##+John Engelke,    29 Circle Drive West,    Montgomery, IL 60538-2530
11030597     ##+Lift Works Inc,    1201 W Hawthorne Ln,    West Chicago, IL 60185-1815
10937628     ##+Perry Matthews,    Residential Concrete,    112 Allison Ct.,    Bolingbrook, IL 60440-2401
                                                                                         TOTALS: 4, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2010**                    **Signature:**    _Joseph Speetjens_