UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
OCONNELL, ROBERT JOHN § Case No. 06-12305
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/GINA B. KROL_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Bank | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN AND KROL | | | | | |
| COHEN AND KROL | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept. of Employment Security | | | | | |
| Illinois Dept. of Revenue | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 4-M Electric | | | | | |
| Aamir Bandukda | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alexander Lumber Company | | | | | |
| Annais Rahman | | | | | |
| Eileen O'Connell | | | | | |
| First Equity | | | | | |
| Great Bank Consumer Lending Division | | | | | |
| Great Bank Consumer Lending Division | | | | | |
| Great Bank Consumer Lending Division | | | | | |
| Home Depot Commercial | | | | | |
| Jeff Reimer | | | | | |
| John & Lisa Zudis | | | | | |
| John Engelke | | | | | |
| Jose Palma | | | | | |
| Keating Resources | | | | | |
| MBNA Mastercard | | | | | |
| MBNA Visa | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Menard's | | | | | |
| Meyer Material Company | | | | | |
| Mullen & Winthers | | | | | |
| National City Consumer Loan Services | | | | | |
| Perry Matthews | | | | | |
| Rhonda Thompson | | | | | |
| SBC | | | | | |
| Shahid Yusef | | | | | |
| Wesley Bartlet | | | | | |
| CARTER LUMBER CO. | | | | | |
| CURT AND LORIE CROUSE | | | | | |
| EDWARD HINES LUMBER CO. | | | | | |
| FEDERATED FINANCIAL CORP OF AMERICA | | | | | |
| HOWARD AND LYNN TOPPING | | | | | |
| HOWARD S TOPPING | | | | | |
| HOWARD TOPPING | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK & LISA GIANINO | | | | | |
| PRAIRIE MATERIAL SALES INC | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

Case 06-12305 **INDIVIDUAL ESTATE PROPERTY RECORD AND** Doc 46 Filed 12/27/10 Entered 12/27/10 16:07:18  Desc Main
**ASSET CASES** Document      Page 9 of 15

Page: 1

Exhibit 8

| Case No: | 06-12305 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | OCONNELL, ROBERT JOHN | Date Filed (f) or Converted (c): | 09/28/06 (f) |
| | | 341(a) Meeting Date: | 11/21/06 |
| For Period Ending: 12/07/10 | | Claims Bar Date: | 03/23/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence | 137,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 25.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 1,452.18 | 0.00 | | 0.00 | FA |
| 4. CD | 2,600.00 | 1,408.58 | | 1,408.58 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 7. FIREARMS | 400.00 | 0.00 | | 0.00 | FA |
| 8. Life Insurance | 14,637.00 | 0.00 | | 0.00 | FA |
| 9. ANNUITIES | 10,950.00 | 12,564.16 | | 12,512.31 | FA |
| 10. IRA | 3,097.00 | 0.00 | | 0.00 | FA |
| 11. BUSINESS INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| 12. CAUSE OF ACTION | Unknown | Unknown | | 0.00 | FA |
| 13. TRUCK | 5,000.00 | 2,600.00 | | 2,600.00 | FA |
| 14. Boat | 13,000.00 | 10,000.00 | | 10,500.00 | FA |
| 15. SNOWMOBILES | 4,300.00 | 4,300.00 | | 4,500.00 | FA |
| 16. HAND TOOLS | 500.00 | 0.00 | | 0.00 | FA |
| 17. FRAUD, CONVEYANCE (u) | 0.00 | 4,077.50 | | 4,077.50 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 352.76 | Unknown |
| TOTALS (Excluding Unknown Values) | $194,711.18 | $34,950.24 | | $35,951.15 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/10

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

LFORM1                                                                 Ver: 15.20

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 06-12305   SQU   Judge: JOHN H. SQUIRES | Trustee Name:   GINA B. KROL |
| Case Name: | OCONNELL, ROBERT JOHN | Date Filed (f) or Converted (c):   09/28/06 (f) |
| | | 341(a) Meeting Date:   11/21/06 |
| | | Claims Bar Date:   03/23/07 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 06-12305 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | OCONNELL, ROBERT JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4299 BofA - Money Market Account |
| Taxpayer ID No: | *******5744 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/07 | 9 | Fidelity Investments Life Insurance Co<br>P.O. Box 770001<br>Cincinnati, OH 45277 | | 1129-000 | 12,512.31 | | 12,512.31 |
| 02/07/07 | * NOTE * | Robert J. O'Connell | * NOTE * Properties 4, 13, 17 | 1129-000 | 8,086.08 | | 20,598.39 |
| 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 15.89 | 20,582.50 |
| 02/26/07 | 14 | Denis Smith | | 1129-000 | 10,500.00 | | 31,082.50 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.85 | | 31,096.35 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.41 | | 31,122.76 |
| 04/09/07 | 15 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | Proceeds of sale | 1129-000 | 4,500.00 | | 35,622.76 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.78 | | 35,650.54 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.28 | | 35,680.82 |
| 06/04/07 | 000302 | American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Expenses per Court Order | 3620-000 | | 418.77 | 35,262.05 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.06 | | 35,291.11 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.98 | | 35,321.09 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.00 | | 35,351.09 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 22.52 | | 35,373.61 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 22.54 | | 35,396.15 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 18.91 | | 35,415.06 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 16.93 | | 35,431.99 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 14.04 | | 35,446.03 |
| 02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 33.33 | 35,412.70 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 8.42 | | 35,421.12 |

Page Subtotals: 35,889.11   467.99

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

LFORM24

Ver: 15.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12305 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | OCONNELL, ROBERT JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4299 BofA - Money Market Account |
| Taxpayer ID No: | *******5744 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.37 | | 35,429.49 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.26 | | 35,436.75 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.50 | | 35,441.25 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.36 | | 35,445.61 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.50 | | 35,450.11 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.50 | | 35,454.61 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.36 | | 35,458.97 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.44 | | 35,462.41 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.90 | | 35,465.31 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.79 | | 35,467.10 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 35,467.39 |
| 02/17/09 | 000304 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 27.61 | 35,439.78 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 35,440.05 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 35,440.36 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.78 | | 35,441.14 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,442.03 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,442.91 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,443.81 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,444.71 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,445.58 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,446.47 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,447.35 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,448.25 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,449.14 |
| 02/09/10 | 000305 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 26.31 | 35,422.83 |

Page Subtotals 55.63 53.92

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.20

LFORM24

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12305 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | OCONNELL, ROBERT JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4299 BofA - Money Market Account |
| Taxpayer ID No: | *******5744 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.82 | | 35,423.65 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,424.56 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,425.43 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,426.33 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,427.21 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,428.10 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,429.01 |
| 09/09/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 35,429.24 |
| 09/09/10 | | Transfer to Acct #*******0257 | Final Posting Transfer | 9999-000 | | 35,429.24 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 35,951.15 | 35,951.15 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 35,429.24 | |
| Subtotal | | 35,951.15 | 521.91 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 35,951.15 | 521.91 | |

Page Subtotals 6.41 35,429.24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.20
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-12305 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | OCONNELL, ROBERT JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0257 BofA - Checking Account |
| Taxpayer ID No: | *******5744 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/09/10 | | Transfer from Acct #*******4299 | Transfer In From MMA Account | 9999-000 | 35,429.24 | | 35,429.24 |
| | 09/10/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 4,344.91 | 31,084.33 |
| * | 09/10/10 | 003002 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-003 | | 2,222.00 | 28,862.33 |
| * | 09/10/10 | 003002 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-003 | | -2,222.00 | 31,084.33 |
| | 09/10/10 | 003003 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's expenses per court order | 3120-000 | | 71.16 | 31,013.17 |
| | 09/10/10 | 003004 | Internal Revenue Service<br>ATTN: Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000007, Payment 41.37721% | 5800-000 | | 28,791.17 | 2,222.00 |
| | 09/10/10 | 003005 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 1,481.33 | 740.67 |
| | 09/10/10 | 003006 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 740.67 | 0.00 |

Page Subtotals    35,429.24    35,429.24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-12305 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | OCONNELL, ROBERT JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0257 BofA - Checking Account |
| Taxpayer ID No: | *******5744 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 35,429.24 | 35,429.24 | 0.00 |
| Less: Bank Transfers/CD's | 35,429.24 | 0.00 | |
| Subtotal | 0.00 | 35,429.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 35,429.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********4299 | 35,951.15 | 521.91 | 0.00 |
| BofA - Checking Account - ********0257 | 0.00 | 35,429.24 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 35,951.15 | 35,951.15 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/ GINA B. KROL_____ Date: 12/07/10
GINA B. KROL

Page Subtotals 0.00 0.00

**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*

Ver: 15.20
LFORM24